AO-10 (WP)
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2004

Report Required by the Ethics in Government Act of 1978, (5 U.S.C. App. §§101-111)

| 1. Person Reporting *(Last name, first, middle initial)* Figa, Phillip S. | 2. Court or Organization District Court – Colorado | 3. Date of Report May 10, 2005 |
|---|---|---|

| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)* U.S. District Judge – Active | 5. Report Type (check appropriate type) ___ Nomination, Date _____ ___ Initial __X__ Annual ___ Final | 6. Reporting Period 1/01/2004 to 12/31/2004 |
|---|---|---|

| 7. Chambers or Office Address 901 19th Street, Chambers A-638 Denver, CO 80294 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer _____ Date _____ |
|---|---|

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| [X] NONE (No reportable positions.) | |
| 1 | |
| 2 | |
| 3 | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| [ ] NONE (No reportable agreements.) | |
| 1  2003 | Burns Figa & Will, P.C. Buy-Out Agreement  no control |
| 2 | |

FINANCIAL DISCLOSURE OFFICE

MAY 16 1 30 PH '05

RECEIVED

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|
| **A. Filer's Non-Investment Income** | | |
| [ ] NONE (No reportable non-investment income.) | | |
| 1  2004 | Burns Figa & Will, P.C. Buy-Out Payment | $ 15,000 |
| 2 | | $ |
| 3 | | $ |

**B. Spouse's Non-Investment Income** - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| DATE | SOURCE AND TYPE | |
|---|---|---|
| [ ] NONE (No reportable non-investment income.) | | |
| 1  2004 | Burns Figa & Will, P.C. – Salary | |
| 2 | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br><br>Phillip S. Figa | Date of Report<br><br>May 10, 2005 |
|---|---|---|

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| | NONE (No such reportable reimbursements.) | |
| 1 | Council of Canadian Administrative Tribunals (CCAT) June 20-22 | Speaker at 3d International Conference, Toronto, Canada (travel, lodging) |
| 2 | Colorado Trial Lawyers Association August 13-15 | Speaker at Annual Meeting, Steamboat Springs, CO (food, lodging) |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| X | NONE (No such reportable gifts.) | | |
| 1 | | | $ |
| 2 | | | S |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| X | NONE (No reportable liabilities.) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

| *Value Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 |
|---|---|---|---|---|
| | N=$250,001-$500,000 | O=$500,001-$1,000,000 | | P1=$1,000,001-$5,000,000 |
| | P2=$5,000,001-$25,000,000 | P3=25,000,001-50,000,000 | | P4=50,000.001 or more |

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Valu Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, | | | | | | | | | |
| 1 Guaranty Bank 8% Bond | D | int. | | | sell | 12/31 | M | | Guaranty Capital Trust IV |
| 2 Nonresidence Condominium | | | M | W | | | | | |
| 3 U.S. Savings Bonds | A | int. | J | T | | | | | |
| 4 State of Israel Bonds | A | int. | J | T | | | | | |
| 5 Arapahoe Plaza III LLC | C | div./dist. | L | W | | | | | |
| 6 Account No. 1 | | | | | | | | | |
| 7 JJH | A | div. | K | T | | | | | |
| 8 QQQQ | A | div. | K | T | | | | | |
| 9 SGD (common) | none | | K | T | buy | 12/13 | K | | |
| 10 WY (common) | none | | | | sell | 1/05 | K | B | |
| 11 SWVXX | A | int. | M | T | | | | | |
| 12 VFINX | A | div. | K | T | | | | | |
| 13 Account No. 2 | | | | | | | | | |
| 14 VGTSX | A | div. | K | T | buy | 2/02 | K | | |
| 15 VTSMX | A | div. | K | T | buy | 1/08 | J | | |
| 16 VFINX | C | div. | M | T | | | | | |
| 17 MGRIX | none | | | | sell | 2/02 | J | B | |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market |

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions  *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 18  MFOCX | none | | | | sell | 2/02 | J | B | |
| 19  Account No. 3 | | | | | | | | | |
| 20  FHLSX | none | | K | T | | | | | |
| 21  IWM | A | div. | J | T | buy | 2/11 | J | | |
| 22  JAMRX | none | | | | sell | 2/10 | J | | |
| 23  SWPIX | none | | | | sell | 9/09 | J | | |
| 24  Janus Balance Fund | D | div./int. | L | T | | | | | |
| 25  MS Info Fund B | none | | | | sell | 9/24 | J | | |
| 26  Janus Enterprise | none | | | | sell | 12/10 | K | D | |
| 27  Account No. 4 | | | | | | | | | |
| 28  MFOCX | none | | J | | | | | | |
| 29  VFINX | A | div. | J | | | | | | |
| 30  Account No. 5 | | | | | | | | | |
| 31  QQQ | none | | | | sell | 1/02 | J | | |
| 32  SPY | none | | | | sell | 1/02 | J | | |
| 33  Schwab 1000 Fund | none | | | | sell | 1/02 | J | | |
| 34  SPY | A | div. | | | sell | 4/12 | J | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (re l estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 3 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| | A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | (1)<br>Amt.<br>Code1<br>(A-H) | (2)<br>Type<br>(e.g.,<br>div.,<br>rent or<br>int.) | (1)<br>Value<br>Code2<br>(J-P) | (2)<br>Value<br>Method<br>Code<br>(Q-W) | (1)<br>Type<br>(e.g.,<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value<br>Code2<br>(J-P) | (4)<br>Gain<br>Code1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private transaction) |
| | NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 35 | VIGRX | A | div. | J | T | sell | 4/12 | J | | |
| 36 | 41(K) #1 | | | | | | | | | |
| 37 | Fidelity 2020 Fund | K | int./div. | N | T | | | | | |
| 38 | 401(K) #2 | | | | | | | | | |
| 39 | Fidelity Mutual Funds | D | div. | | | sell/rollover | 3/01 | O | F | |
| 40 | IRA #1 | | | | | | | | | |
| 41 | Vanguard REIT Index Fund | D | div./cap. gain | M | T | buy | 3/12 | L | | |
| 42 | Vanguard Small-Cap. Index Fund | A | div. | L | T | buy | 3/12 | L | | |
| 43 | Vanguard Total Stock Market Index Fund | C | div. | O | T | buy | 3/12 | O | | |
| 44 | Vanguard International Stock Index Fund | D | div. | M | T | buy | 3/12 | M | | |
| 45 | IRA #2 | | | | | | | | | |
| 46 | Fidelity Balanced Fund | A | div. | | | buy | 10/06 | K | | |
| 47 | IRA #3 | | | | | | | | | |
| 48 | PFORX | A | div. | J | T | buy | 10/11 | J | | |
| 49 | PZFVX | A | div. | J | T | buy | 10/11 | J | | |
| 50 | GFAFX | A | div. | J | T | buy | 10/11 | J | | |
| 51 | FDVIX | A | div. | J | T | buy | 10/11 | J | | |

| 1 | Income/Gain Codes:<br>(See Col. B1, D4) | A=$1,000 or less<br>F=$50,001-$100,000 | B=$1,001-$2,500<br>G=$100,001-$1,000,000 | C=$2,501-$5,000<br>H1=$1,000,001-$5,000,000 | D=$5,001-$15,000<br>H2=More than $5,000,000 | E=$15,001-$50,000 |
| --- | --- | --- | --- | --- | --- | --- |
| 2 | Value Codes:<br>(See Col. C1, D3) | J=$15,000 or less<br>N=$250,001-$500,000<br>P3=$25,000,001-$50,000,000 | K=$15,001-$50,000<br>O=$500,001-$1,000,000 | L=$50,001-$100,000<br>P1=$1,000,001-$5,000,000<br>P4=More than $50,000,000 | M=$100,001-$250,000<br>P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes:<br>(See Col. C2) | Q=Appraisal<br>U=Book value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| | |
|---|---|
| Name of Person Reporting | Date of Report |
| Phillip S. Figa | May 10, 2005 |

## VII. Page 4 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g, buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 52    VFSTX | A | div. | J | T | buy | 10/12 | J | | |
| 53    AVFIX | A | div | J | T | buy | 10/11 | J | | |
| 54    MHCAX | A | div. | J | T | buy | 10/12 | J | | |
| 55    PMCIX | A | div. | | | buy | 10/12 | J | | |
| 56    Shelbourne PPTYS I Inc. | none | | | | sell | 10/06 | J | | |
| 57    JAENX | none | | | | sell | 10/08 | K | D | |
| 58    JAWWX | none | | | | sell | 10/08 | J | C | |
| 59 | | | | | | | | | |
| 60 | | | | | | | | | |
| 61 | | | | | | | | | |
| 62 | | | | | | | | | |
| 63 | | | | | | | | | |
| 64 | | | | | | | | | |
| 65 | | | | | | | | | |
| 66 | | | | | | | | | |
| 67 | | | | | | | | | |
| 68 | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

Section VII.     Certain changes from my last report (4/11/03) are unreported because they reflect activity occurring in 2003 after my prior report was submitted and because ▐▐▐▐▐ of majority age has taken control of finances of his in the interim.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance ▐▐▐▐▐▐▐▐▐▐▐▐▐ U.S.C. § 7353 and Judicial Conference regulations.

Signature ▐▐▐▐▐▐▐▐▐▐▐▐▐                Date __5/9/05__

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

### FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
  United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544